IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MIRIAN SCHVOM, et al.,<br>      Plaintiffs,<br>      v.<br>MCNEIL-PPC, INC.<br>      Defendant. | CIVIL ACTION NO. 02-4093 |
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL NO. 2270,<br>      Plaintiff,<br>      v.<br>MCNEIL-PPC, INC.<br>      Defendant. | CIVIL ACTION NO. 02-4105 |
| ANDREW BEHREND,<br>      Plainitff,<br>      v.<br>MCNEIL-PPC, INC.<br>      Defendant. | CIVIL ACTION NO. 02-4149 |
| ROBERT K. ALDERMAN,<br>      Plainitff,<br>      v.<br>MCNEIL-PPC, INC.<br>      Defendant. | CIVIL ACTION NO. 02-4180 |
| CYNTHIA B. GOEPEL,<br>      Plaintiff,<br>      v.<br>MCNEIL-PPC, INC.<br>      Defendant. | CIVIL ACTION NO. 02-4197 |
| MARNA BERKMAN,<br>      Plantiff,<br>      v.<br>MCNEIL-PPC, INC.<br>      Defendant. | CIVIL ACTION NO.  02-4362 |

| | |
|---|---|
| **ANDREW SPARK,**<br>      Plaintiff,<br>         v.<br>**MCNEIL-PPC, INC.**<br>      Defendant. | **CIVIL ACTION NO. 02-4386** |
| **RICHARD KIRSCH, et al.,**<br>      Plaintiffs,<br>         v.<br>**MCNEIL-PPC, INC.**<br>      Defendant. | **CIVIL ACTION NO. 02-4387** |
| **H.S. SADOW, JR.,**<br>      Plaintiff,<br>         v.<br>**MCNEIL-PPC, INC.**<br>      Defendant. | **CIVIL ACTION NO. 02-4476** |
| **ERIN FEGAN,**<br>      Plainitffs,<br>         v.<br>**MCNEIL-PPC, INC.**<br>      Defendant. | **CIVIL ACTION NO. 02-4530** |
| **SCOTT JACOBS,**<br>      Plainitff,<br>         v.<br>**MCNEIL-PPC, INC.**<br>      Defendant. | **CIVIL ACTION NO. 02-6797** |
| **SAJ DISTRIBUTORS, INC.,**<br>      Plaintiff,<br>         v.<br>**MCNEIL-PPC, INC.**<br>      Defendant. | **CIVIL ACTION NO. 02-6993** |

**O R D E R**

**AND NOW,** this 5th day of September, 2002, the court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

|   |   |   |
|---|---|---|
| [ ] | - | Order staying these proceedings pending disposition of a related action. |
| [ ] | - | Order staying these proceedings pending determination of arbitration proceedings. |
| [ ] | - | Interlocutory appeal filed _____ |
| [X] | - | Other:  See Order of even date._____ |

it is

**ORDERED** that the Clerk of Court shall mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

BY THE COURT:

_____
**MARVIN KATZ, S.J.**

3